# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2026

Lyle W. Cayce
Clerk

_____

No. 22-60566

_____

Gabriel Olivier,

*Plaintiff—Appellant*,

*versus*

City of Brandon, Mississippi; William A. Thompson, *individually and in his official capacity as Chief of Police for Brandon Police Department*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-636

_____

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Wiener, Graves, and Douglas, *Circuit Judges*.

Per Curiam:[*]

    This case is before us on remand from the Supreme Court. The Supreme reversed the judgment of this court and held that *Heck v. Humphrey*,

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-60566

512 U.S. 477 (1994), does not bar Olivier's suit, which seeks purely prospective relief, notwithstanding his prior conviction for violating the challenged ordinance. *Olivier v. City of Brandon, Miss.*, 607 U.S. ----, 146 S. Ct. 916, 926 (2026). Accordingly, we REMAND this case to the district court for further proceedings consistent with the Supreme Court's opinion.



**Certified as a true copy and issued
as the mandate on May 18, 2026**

**Attest:** *Jyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**